[No. 20763-6-I.   Division One.   December 27, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES WELDON ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-00557-3, Liem E. Tuai, J., entered July 27, 1987. *Affirmed* by unpublished opinion per Coleman, A.C.J., concurred in by Swanson and Williams, JJ.

[No. 10451-2-II.   Division Two.   December 27, 1988.]

GERALD D. MAY, ET AL, *Respondents,* v. COMFORT & FLEMING INSURANCE BROKERS, INC., ET AL, *Appellants,* FARRON INSURANCE AGENCY, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-04961-5, Arthur W. Verharen, J., entered October 17, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Alexander, J.

The unpublished opinion in this cause, which was filed on September 28, 1988, is *withdrawn* December 27, 1988.

[No. 10208-1-II.   Division Two.   December 27, 1988.]

WILLIAM PRENTISS, *Appellant,* v. CLALLAM COUNTY CIVIL SERVICE COMMISSION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 85-2-00053-9, Gary W. Velie, J., entered July 25, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.